AUSA Galdo

# United States District Court

For the Western District of Texas
Austin Division

**FILED**
December 15, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____AD_____
DEPUTY

United States of America, §
§
v. §
§  Case Number:
**Pedro Armando Duron-Lagos** §  1:21-mj-1012-DH
**Aka:** Pedro Dubon-Lagos; Pedro Armando §
Duran-Lagos; Pedro Duron-Lagos; §

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about **December 15, 2021**, in the county of **Williamson**, in the Western District of Texas, the defendant, **Pedro Armando Duron-Lagos** violated Title 8; United States Code section 1326.

This criminal complaint is based upon the following facts:

On or about **December 15, 2021**, the defendant, an alien, was found in Williamson County, Georgetown, Texas, within the Western District of Texas. A deportation officer interviewed and arrested the defendant after subsequent queries identified the defendant as a previously removed alien.

Investigation and records of the Immigration and Customs Enforcement establish that the defendant is an alien who was previously removed from the United States to **Honduras** on or about **November 2, 2018,** and that he unlawfully and illegally reentered the United States without having obtained permission from the Attorney General of the United States or the Secretary for Homeland Security to reapply for admission.

_____
Signature of Complainant (Sam Scaief)
Deportation Officer
Immigration and Customs Enforcement

Submitted and sworn to electronically and signed by me
Pursuant to Fed. R. Crim. P. 4.1 and 4(d)

December 15, 2021                                          Austin, Texas
_____   at   _____
Date                                                       City and State

Dustin M. Howell
United States Magistrate Judge
_____          _____
Name & Title of Judicial Officer                 Signature of Judicial Officer